**DEPOSIT TICKET**

1/27/18    ☐ SAVINGS    ☒ CHECKING

CUSTOMER NAME
bsolut Facilities Management
S

CASH ►
64-1278    425000.00

OTHER ITEMS ARE RECEIVED FOR DEPOSIT TO THIS ACCOUNT SUBJECT TO THE RULES
ONS OF THIS BANK

TOTAL FROM
REVERSE SIDE

LESS CASH
RECEIVED

| PREFIX | ACCOUNT NUMBER | | |
| --- | --- | --- | --- |
| | 7673 | $ | 425 000.00 |

nt Savings Prefix: 1500    Passbook Savings Prefix: 2100

# M&T Bank

## Understanding what's important®

East Aurora Office

If you have any questions, please
call our Telephone Banking Center
at 1-800-724-2440

Today's Date:        Business Date:
11/27/2018          11/27/2018

Time:   09:16 AM

Checking Deposit        $425,000.00
****7673

0073 / 01          8

Thanks for visiting us today.
We are happy to assist you!

$$$$$$$$$$$$$$$$$

Certificate Number:
20081 70910! 807031

Give us your opinion for a chance to
WIN CASH PRIZES!
Take a short survey and let us know how
we're doing. To participate and to
see complete rules, visit:
www.mandtbanksurvey.com
Visit your local branch for details.

This invitation expires 7 days from
date of receipt. No purchase or
transaction required to enter.

$$$$$$$$$$$$$$$$$



TBank
41 9605

ECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

Claim No: 0363972-00022          Check No. **675340**          64-1278
                                  Date: 11/12/2018.          0611

Bank of America
Atlanta, GA

s And 00/100 ¢                                              $***425,000.00

REHABILITATION AT ORCHARD PARK, LLC

at Orchard Park, LLC

CHUBB

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE