**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-76260-ast<br>Case No. 19-76263-ast<br>Case No. 19-76267-ast<br>Case No. 19-76268-ast<br>Case No. 19-76269-ast<br>Case No. 19-76270-ast<br>Case No. 19-76271-ast<br>Case No. 19-76272-ast<br><br>(Jointly Administered) |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>- against -<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT ALLEGANY, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT AURORA PARK, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT GASPORT, LLC, ABSOLUT AT ORCHARD BROOKE, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT ORCHARD PARK, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT THREE RIVERS, LLC, ABSOLUT AT THREE RIVERS, LLC, and ABSOLUT CENTER FOR NURSING AND REHABILITATION AT WESTFIELD, LLC,<br><br>Defendants. | Adversary Proceeding No. 20-08055-ast<br><br>**STIPULATION AND ORDER** |

---

[1] The Debtors are: Absolut Facilities Management, LLC; Absolut Center for Nursing and Rehabilitation at Allegany, LLC; Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC; Absolut Center for Nursing and Rehabilitation at Gasport, LLC; Absolut at Orchard Brooke, LLC; Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC; Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC; and Absolut Center for Nursing and Rehabilitation at Westfield, LLC.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this adversary proceeding, that:

1. Defendants' time to answer or move with respect to the Complaint is hereby extended through June 5, 2020.

2. The full balance of the Settlement Fund (as defined in the Complaint) shall remain segregated until final resolution of this adversary proceeding.

3. Pending final resolution of this adversary proceeding, Defendants shall not distribute, dissipate, or otherwise transfer any portion of the Settlement Fund.

4. Pending final resolution of this adversary proceeding, Defendants shall further furnish to Plaintiff copies of monthly statements for M&T Bank Account No. ending 7673, within seven days of receipt.

5. As Absolut at Three Rivers, LLC is not a Debtor, and in fact not an entity that was ever incorporated, the parties hereby stipulate to the dismissal of the Complaint as against it, pursuant to Rule 41(a)(1)(A)(ii), and the caption of this adversary proceeding shall be amended to remove Absolut at Three Rivers, LLC as a Defendant.

[Signature Page to Follow]

Accepted and agreed:

| | |
|---|---|
| Dated: April 13, 2020<br>Central Islip, New York | RICHARD P. DONOGHUE<br>United States Attorney<br>Eastern District of New York<br>610 Federal Plaza, 5th Floor<br>Central Islip, New York 11722<br><br>/s/ Megan J. Freismuth<br>Megan J. Freismuth<br>Assistant United States Attorney<br>(631) 715-7905<br>megan.freismuth@usdoj.gov<br>*Attorneys for the Plaintiff* |
| Dated: April 13, 2020<br>New York, New York | LOEB & LOEB LLP<br><br>/s/ Daniel B. Besikof<br>Schuyler Carroll<br>Daniel B. Besikof<br>345 Park Avenue<br>New York, New York 10154<br>(212) 407-4000<br>scarroll@loeb.com<br>dbesikof@loeb.com<br>*Attorneys for the Defendants* |

So ordered:



**Dated: April 20, 2020**
**Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**