**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-76260-ast<br>Case No. 19-76263-ast<br>Case No. 19-76267-ast<br>Case No. 19-76268-ast<br>Case No. 19-76269-ast<br>Case No. 19-76270-ast<br>Case No. 19-76271-ast<br>Case No. 19-76272-ast<br><br>(Jointly Administered) |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>- against -<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT ALLEGANY, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT AURORA PARK, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT GASPORT, LLC, ABSOLUT AT ORCHARD BROOKE, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT ORCHARD PARK, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT THREE RIVERS, LLC, and ABSOLUT CENTER FOR NURSING AND REHABILITATION AT WESTFIELD, LLC,<br><br>Defendants. | Adversary Proceeding No. 20-08055-ast<br><br>**STIPULATION AND ORDER** |

---

[1] The Debtors are: Absolut Facilities Management, LLC; Absolut Center for Nursing and Rehabilitation at Allegany, LLC; Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC; Absolut Center for Nursing and Rehabilitation at Gasport, LLC; Absolut at Orchard Brooke, LLC; Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC; Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC; and Absolut Center for Nursing and Rehabilitation at Westfield, LLC.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this adversary proceeding, that:

1. Defendants' time to answer or move with respect to the Complaint is hereby extended through July 3, 2020.

2. The stipulations between the parties set forth in the Stipulation and Order, so ordered April 20, 2020 [Dkt. No. 5] shall remain in full force and effect.

Accepted and agreed:

Dated: June 16, 2020

| | |
|---|---|
| RICHARD P. DONOGHUE<br>United States Attorney<br>Eastern District of New York<br>610 Federal Plaza, 5th Floor<br>Central Islip, New York 11722<br><br>/s/ Megan J. Freismuth<br>Megan J. Freismuth<br>Assistant United States Attorney<br>(631) 715-7905<br>megan.freismuth@usdoj.gov<br>*Attorneys for the Plaintiff* | AMINI LLC<br><br>/s/ Jeffrey Chubak<br>John W. Brewer<br>Jeffrey Chubak<br>131 West 35th Street, 12th Floor<br>New York, New York 10001<br>(212) 490-4700<br>jbrewer@aminillc.com<br>jchubak@aminillc.com<br>*Attorneys for the Defendants* |

So ordered: