UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC, et al.,<br><br>               Debtors. | Chapter 11<br><br>Case No. 19-76260-ast<br>Case No. 19-76263-ast<br>Case No. 19-76267-ast<br>Case No. 19-76268-ast<br>Case No. 19-76269-ast<br>Case No. 19-76270-ast<br>Case No. 19-76271-ast<br>Case No. 19-76272-ast<br><br>(Jointly Administered) |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>               Plaintiff,<br><br>   - against -<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT ALLEGANY, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT AURORA PARK, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT GASPORT, LLC, ABSOLUT AT ORCHARD BROOKE, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT ORCHARD PARK, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT THREE RIVERS, LLC, and ABSOLUT CENTER FOR NURSING AND REHABILITATION AT WESTFIELD, LLC,<br><br>               Defendants. | Adversary Proceeding No. 20-08055-ast<br><br>**NOTICE OF PRESENTMENT**<br>**(AMENDED)** |

PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support, filed July 3, 2020 [Dkt. No. 10] and the Complaint [Dkt. No. 1], the annexed proposed order dismissing the Complaint with prejudice, pursuant to Rule 12(b)(6), will be presented to the Honorable Alan S. Trust, for entry, at the Alfonse M. D'Amato United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, on August 3, 2020, at 12:00 p.m., unless Plaintiff Equal Employment Opportunity Commission objects to the requested relief.

PLEASE TAKE FURTHER NOTICE, that pursuant to Judge Trust's Procedures, any objection to the requested relief must be filed within fourteen (14) days following the date of the filing hereof plus any extension of time under Rule 9006 or E.D.N.Y. LBR 9006-1, unless the Court sets a different objection deadline.

PLEASE TAKE FURTHER NOTICE, that pursuant to E.D.N.Y. LBR 2002-1(a)(ii), unless a timely objection is made the proposed order may be entered without a hearing.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Procedures, in the event that an objection is timely filed, and the Court determines that a hearing is warranted, the Court will notify the parties of the hearing date and time.

Dated: July 8, 2020
       New York, New York

AMINI LLC

/s/ Jeffrey Chubak
John W. Brewer
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jbrewer@aminillc.com
jchubak@aminillc.com
*Attorneys for the Defendants*