

U.S. Department of Justice

United States Attorney
Eastern District of New York

*610 Federal Plaza*
*Central Islip, New York 11722*

March 24, 2022

<u>By ECF</u>
Honorable Alan Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
Courtroom 960
290 Federal Plaza
Central Islip, New York 11722

      Re:    **Notice of Hearing**
                *Equal Employment Opportunity Commission v. Absolut Facilities*
                *Management LLC, et al.*, Adversary Proceeding No. 20-8055-ast

Dear Judge Trust:

        This Office represents the Equal Opportunity Employment Commission ("EEOC") in connection with the above Adversary Proceeding, filed on March 20, 2020. The EEOC seeks, *inter alia*, entry of an Order declaring that a $425,000 settlement fund created on November 27, 2018 pursuant to a Consent Decree entered on September 28, 2018 in *Equal Employment Opportunity Commission v. Absolut Facilities Management, LLC, et al.*, Case No. 1:18-cv-01020 (W.D.N.Y.) is not property of Debtors' bankruptcy estate. Currently pending before the Court is Defendants' motion to dismiss the Adversary Proceeding, which motion was fully briefed and submitted on September 10, 2020.

        Pursuant to the Court's March 24, 2022 directive via email, the EEOC hereby provides notice of an adversary proceeding status conference on May 24 at 2:00 p.m. EEOC also hereby withdraws its motion requesting a status conference (Dkt. No 19).

The EEOC thanks the Court for its attention to this matter.

                                                                Respectfully submitted,

                                                                BREON PEACE
                                                                United States Attorney

                                           By:    /s/ Megan J. Freismuth
                                                                Megan J. Freismuth
                                                                Assistant U.S. Attorney
                                                                631-715-7905
                                                                Megan.freismuth@usdoj.gov

<u>By ECF</u>
Jeffrey Chubak
AMINI LLC
jchubak@aminillc.com
*Attorneys for the Defendants*