

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

May 26, 2022

<u>By ECF</u>

Honorable Alan Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
Courtroom 960
290 Federal Plaza
Central Islip, New York 11722

        Re:    *Equal Employment Opportunity Commission v. Absolut Facilities*
                *Management LLC, et al.*, Adversary Proceeding No. 20-8055-ast

Dear Judge Trust:

        This Office represents the Equal Opportunity Employment Commission ("EEOC") in connection with the above Adversary Proceeding. We write to notify interested parties that the status conference scheduled and held on May 24, 2022 at 2 p.m. has been adjourned to July 26, 2022 at 2 p.m. for a pre-trial conference.

        The pre-trial conference will be held before the Honorable Alan S. Trust. Pursuant to Judge Trust's supplemental procedures. Instructions for participating can be viewed at https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust.

                            Respectfully submitted,

                            BREON PEACE
                            United States Attorney

        By:      /s/ Megan J. Freismuth
                            Megan J. Freismuth
                            Assistant U.S. Attorney
                            631-715-7905
                            Megan.freismuth@usdoj.gov