

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

*610 Federal Plaza*
*Central Islip, New York 11722*

July 25, 2022

<u>By ECF</u>

Honorable Alan Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
Courtroom 960
290 Federal Plaza
Central Islip, New York 11722

Re: *Equal Employment Opportunity Commission v. Absolut Facilities*
*Management LLC, et al.*, Adversary Proceeding No. 20-8055-ast

Dear Judge Trust:

This Office represents the Equal Opportunity Employment Commission ("EEOC") in connection with the above Adversary Proceeding. We write to notify interested parties that the status conference scheduled for July 26, 2022 at 2 p.m. has been adjourned to September 27, 2022 at 2 p.m. for a pre-trial conference.

The pre-trial conference will be held before the Honorable Alan S. Trust. Pursuant to Judge Trust's supplemental procedures. Instructions for participating can be viewed at <u>https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust</u>.

Respectfully submitted,

BREON PEACE
United States Attorney

By:     /s/ Megan J. Freismuth
Megan J. Freismuth
Assistant U.S. Attorney
631-715-7905
Megan.freismuth@usdoj.gov