

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

*610 Federal Plaza
Central Islip, New York 11722*

October 11, 2022

By ECF

Honorable Alan Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza, Courtroom 960
Central Islip, New York 11722

      Re:    *Equal Employment Opportunity Commission v. Absolut Facilities Management LLC, et al.*, Adversary Proceeding No. 20-8055-ast

Dear Judge Trust:

      The undersigned represent the parties in the above-referenced Adversary Proceeding. The parties respectfully submit this letter pursuant to the Court's September 28, 2022 directive to submit a revised briefing schedule for Plaintiff Equal Employment Opportunity Commission's cross-motion for summary judgment.

      Accordingly, the parties propose the following briefing schedule:

| | |
|---|---|
| 12/1/22: | Joint R. 7056 statement, Plaintiff's additional facts, if any, and Plaintiff's cross-motion due; |
| 12/15/22: | Defendants' statement of additional facts, if any, due; |
| 1/5/23: | Plaintiff's response to Defendants' statement of additional facts, if any, due; |
| 1/19/23: | Defendants' opposition due; |
| 2/14/23: | Pre-trial conference or any date convenient for the Court (counsel for |

Plaintiff is unavailable January 23-February 3 due to trial in a different matter)

The parties thank the Court for its attention to this matter.

                                                Respectfully submitted,

                                                BREON PEACE
                                                United States Attorney
                                                Eastern District of New York
                                                *Attorney for Plaintiff*

By:     /s/ Megan J. Freismuth
              Megan J. Freismuth
              Assistant U.S. Attorney
              631-715-7905
              Megan.freismuth@usdoj.gov

              AMINI LLC
              *Attorney for the Defendants*

By:     /s/ Jeffrey Chubak
              Jeffrey Chubak
              jchubak@aminillc.com