**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRCT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Absolut Facilities Management, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19-76260-ast<br>Case No. 19-76263-ast<br>Case No. 19-76267-ast<br>Case No. 19-76268-ast<br>Case No. 19-76269-ast<br>Case No. 19-76270-ast<br>Case No. 19-76271-ast<br>Case No. 19-76272-ast<br>(Jointly Administered) |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT ALLEGANY, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT AURORA PARK, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT GASPORT, LLC, ABSOLUT AT ORCHARD BROOKE, LLC, ABSOLUT CENTER FOR NURSING AND REHABILITATION AT ORCHARD PARK, LLC ABSOLUT CENTER FOR NURSING AND REHABILITATION AT THREE RIVERS, LLC and ABSOLUT CENTER FOR NURSING AND REHABILITATION AT WESTFIELD, LLC,<br><br>Defendants. | Adversary Proceeding<br>No. 20-08055-ast |

**ORDER COMPELLING DEFENDANTS TO PRODUCE DOCUMENTS**

On November 8, 2022, the above-named plaintiff's letter motion to compel (the "Motion") pursuant to Fed. R. Bankr. P. 7037 and Local Bankr. R. 7007-1 dated September 9, 2022 came before the Court, seeking an order compelling the above-named defendants to produce documents requested in plaintiff's June 17, 2022 discovery demands, to which

defendants have failed to respond. This Court, having considered the arguments of the parties, and with good cause appearing therefor, it is hereby

**ORDERED** that plaintiff's Motion is hereby granted and that defendants are compelled to produce the documents requested in plaintiff's June 17, 2022 discovery demands by November 28, 2022.

Dated: November 21, 2022
Central Islip, New York



Alan S. Trust
**Chief United States Bankruptcy Judge**